McGREGOR W. SCOTT
United States Attorney
KRISTIN S. DOOR, SBN 84307
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2723
Facsimile: (916)554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:04-CV-2397 WBS/KJM |
| | ) | |
| Plaintiff, | ) | **FINAL JUDGMENT OF** |
| | ) | **FORFEITURE** |
| v. | ) | |
| | ) | |
| $50,000 in U.S. CURRENCY SEIZED | ) | |
| FROM WASHINGTON MUTUAL SAFE DEPOSIT | ) | |
| BOX NUMBER 00027392676, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |
| | ) | |
| SHANE WELCH AND TIM JASON ALLEN, | ) | |
| | ) | |
| Claimants. | ) | |
| _____ | ) | |

Pursuant to the Stipulation for Final Judgment of
Forfeiture, the Court finds as follows:

1.    This is a civil forfeiture action against $50,000 in
U.S. Currency (hereinafter the "defendant currency") seized from
a safe deposit box at Washington Mutual Bank in Gold River,
California, in Sacramento County, in the Eastern District of
California on June 23, 2004.  The currency was subsequently
adopted for forfeiture by the Drug Enforcement Administration

1

(DEA) on July 22, 2004.

2.   A Complaint for Forfeiture In Rem was filed on or about November 10, 2004, seeking the forfeiture of the defendant currency, alleging that said currency is subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(6).

3.   On or about November 10, 2004, the Court issued a Warrant of Arrest In Rem for the defendant currency, and that warrant was duly executed on November 15, 2004.

4.   On or about November 12, 2004 copies of the Complaint for Forfeiture In Rem, Summons and Warrant of Arrest In Rem, Affidavit, Application and Order for Publication, and court notices were served by certified mail on claimants.

5.   On or about January 13, 2005, a Public Notice of Arrest of defendant currency appeared by publication in The Daily Recorder, a newspaper of general circulation in the county in which the defendant currency was seized (Sacramento County).  The Proof of Publication was filed with the Court on January 25, 2005.

6.   Claimants filed a verified claim to the defendant property on December 6, 2004, and filed an Answer to the Complaint for Forfeiture In Rem on December 6, 2004.

7.   Other than claimants, no other parties have filed claims or answers in this matter, and the time for which any person or entity may file a claim and answer has expired.

Based on the above findings, and the Court being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED;

1.   That the Court adopts the Stipulation for Final

2

Judgment of Forfeiture entered into by and between the parties to this action.

2.    That judgment is hereby entered against claimants Shane Welch and Tim Jason Allen and all other potential claimants who have not filed claims in this action.

3.    That all right, title, and interest in $40,000.00 of the defendant currency, together with any interest that may have accrued on $40,000.00, is hereby forfeited to the United States pursuant to 21 U.S.C. § 881(a)(6), to be disposed of according to law.

4.    That $10,000.00 of the defendant currency, together with any interest that may have accrued on $10,000.00, shall be returned to claimants Shane Welch and Tim Jason Allen, to be apportioned between them as they deem appropriate.   Said payment shall be made no later than 60 days after entry of this Final Judgment of Forfeiture.   The U.S. Marshals Service shall issue a check in the amount of $10,000.00, plus any accrued interest on that amount, made payable jointly to Shane Welch, Tim Allen, and attorney Charles A. Pacheco and shall send it to attorney Charles A. Pachecho at 8031 Freeport Boulevard, Sacramento, California 95832.

5.    That plaintiff United States of America and its servants, agents, and employees and all other public entities, their servants, agents, and employees, are released from any and all liability arising out of or in any way connected with the seizure or forfeiture of the defendant currency.   This is a full and final release applying to all unknown or unanticipated injuries, as well as those now known or disclosed.   The parties

3

1   waive the provisions of California Civil Code § 1532.

2      6.   That claimants Welch and Allen waive any and all claim

3   or right to interest that may have accrued on the $40,000 to be

4   forfeited to the United States.

5      7.   That pursuant to the stipulation of the parties, and

6   allegations set forth in the Complaint for Forfeiture In Rem

7   filed November 10, 2004, the Court finds that there was

8   reasonable cause for the seizure of defendant currency, and a

9   Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465

10   shall be entered accordingly.

11      8.   That all parties are to bear their own costs and

12   attorneys' fees.

13      SO ORDERED THIS 18th day of November, 2005.

14

15

16   _____
     WILLIAM B. SHUBB
     UNITED STATES DISTRICT JUDGE

17

18                  CERTIFICATE OF REASONABLE CAUSE

19      Pursuant to the Stipulation for Final Judgment of Forfeiture

20   filed herein and the allegations set forth in the Complaint for

21   Forfeiture *In Rem* filed November 10, 2004, the Court enters this

22   Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465,

23   that there was reasonable cause for the seizure of the defendant

24   currency.

25

26

27   _____
     WILLIAM B. SHUBB
     UNITED STATES DISTRICT JUDGE

28

                                4

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28